FILED
2010 Jan-21  PM 02:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **GIRLIS HUGH SERRATT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  2:09-cv-01400-RDP-HGD** |
| | ) | |
| **JUDGE JAMES C.** | ) | |
| **BROTHERTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 4, 2009, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. Specifically, the magistrate judge determined that Plaintiff's cause of action is barred under the applicable statute of limitations. Plaintiff filed objections to the report and recommendation on December 10, 2009. (Doc. #7).

Plaintiff argues in his objections that the statute of limitations is tolled during his incarceration under ALA. CODE § 6-2-8 (1975). However, ALA. CODE § 6-2-8 (1975) suspends the limitation period when a claimant is below the age of 19 years,

or insane.  Plaintiff's imprisonment does not constitute a disability under ALA. CODE § 6-2-8 (1975) and, therefore, does not toll the statute of limitations.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted..  A Final Judgment will be entered.

**DONE** and **ORDERED** this _____21st_____ day of January, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE

---

[1]  On May 17, 1996, the Alabama legislature rescinded that portion of the tolling provision which previously applied to convicted prisoners.  ALA. CODE § 6-2-8(a) (1975, as amended).

2